UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARL L. COLE,

    Plaintiff,

                                        Case No. 05-73018

-vs-                                      Hon:  AVERN COHN

GM RETIREMENT PROGRAM,
GM LIFE & DISABILITY BENEFITS
PROGRAM and GENERAL MOTORS
CORPORATION,

    Defendants.

_____/

## ORDER OF BIFURCATION

This is an ERISA case.  Plaintiff's 1st Amended Complaint includes five counts:

    I.    Denial of Benefits (Improper Recalculation)

    II.    Denial of Benefits (Improper Set-Off for Receipt of Social Security Benefits

    III.    Failure to Comply With ERISA Disclosure Requirements

    IV.    Failure to Comply With ERISA's Claims Procedures

    V.    Violation of Truth in Lending Law

Count V has been withdrawn.

Counts I and II are to be decided on the administrative record and are the subject of a pending motion to affirm the administrator's decision.

Counts III and IV are BIFURCATED and must be separately adjudicated. Disposition prior to trial must be by summary judgment.

SO ORDERED.

      s/Avern Cohn
AVERN COHN
UNITED STATES DISTRICT JUDGE

Dated:  November 1, 2006


I hereby certify that a copy of the foregoing document was mailed to the parties of record on this date, November 1, 2006, by electronic and/or ordinary mail.

      s/Julie Owens
Case Manager, (313) 234-5160